# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3134

_____

JEFFREY M. BROWN and TLC
MINISTRIES, INC.,

    Appellants,

    v.

COLUMBIA COUNTY CLERK OF
COURT, COLUMBIA COUNTY CODE
ENFORCEMENT, COLUMBIA
COUNTY COMMISSION, COLUMBIA
COUNTY EMERGENCY
MANAGEMENT, COLUMBIA
COUNTY PROPERTY APPRAISER,
COLUMBIA COUNTY SHERIFF'S
OFFICE, COLUMBIA COUNTY
STATE'S ATTORNEY OFFICE, and
COLUMBIA COUNTY TAX
COLLECTOR,

    Appellees.

_____

On appeal from the Circuit Court for Columbia County.
Wesley R. Douglas, Judge.

October 24, 2018

PER CURIAM.

AFFIRMED.

BILBREY, WINOKUR, and JAY, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

Jeffrey M. Brown, pro se, for Appellants.

Joel F. Foreman, Columbia County Attorney, Lake City, for Appellees Columbia County Clerk of Court, Columbia County Code Enforcement, Columbia County Commission, and Columbia County Emergency Management; Loren E. Levy of The Levy Law Firm, Tallahassee, for Appellee Columbia County Property Appraiser; and Pamela Jo Bondi, Attorney General, and Karen A. Brodeen, Senior Assistant Attorney General, Tallahassee, for Appellee Columbia County State Attorney's Office.